\*\* E-filed December 7, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEZ GUYON,<br><br>　　　　Plaintiff,<br>　v.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | No. C11-05701 HRL<br><br>**INTERIM ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>[Re: Docket No. 3] |

Before the Court is plaintiff Montez Guyon's Application to Proceed In Forma Pauperis. However, the Court cannot make a determination on plaintiff's application at this time because it fails to include the following: (1) prior employment information, including gross and net monthly salary and wages, if any; (2) the name and address of the bank "USAA" where plaintiff claims to hold an account; (3) plaintiff's current debts or obligations, if any (do not list account numbers); and (4) any and all monthly expenses for which plaintiff is responsible. If Plaintiff wishes to have the Court consider his application further, he must submit a new application that includes the missing information by **December 27, 2011**. In addition, plaintiff is ORDERED to provide contact information, including a physical address, phone number, and email address to permit the court and the other parties to this action to contact the plaintiff as needed.

**IT IS SO ORDERED.**

Dated: December 7, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-05701 HRL Notice will be sent to:**

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**